**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1380

SAM WRIGHT, JR.,

Plaintiff - Appellant,

versus

MAYOR, DISTRICT OF COLUMBIA; EVELYN W. WRIGHT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-97-2082-A)

Submitted: May 28, 1998          Decided: June 10, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sam Wright, Jr., Appellant Pro Se. Evelyn W. Wright, Appellee; Michael Alan Stern, Assistant Corporation Counsel, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sam Wright, Jr., appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wright v. Mayor, Dist. of Columbia</u>, No. CA-97-2082-A (E.D. Va. Feb. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>